# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DUSTIN JAMES RUPPLE

NO. 2025 KW 0853

OCTOBER 23, 2025

---

In Re:    Dustin James Rupple, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          Nos. 3201-F-2024, 3691-M-2024.

---

BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's pro se pretrial motion to suppress statements, motion for discovery, and the request for a preliminary examination on or before two weeks prior to the scheduled trial date. A copy of the rulings on relator's pro se motions shall be filed in this court one week after the district court has acted.

                         MRT
                         AHP
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT